UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STANLEY MARTIN,

    Plaintiff,

vs.                                      Case No.:

SWISHER INTERNATIONAL, INC.
a foreign profit corporation,

    Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, STANLEY MARTIN, by and through his undersigned counsel, and hereby sues Defendant, SWISHER INTERNATIONAL, INC., and states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. 1331.

2. Venue lies within the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to this claim arose in this Judicial District.

### ADMINISTRATIVE PREQUISITES

3. All conditions precedent to bringing this action have occurred.

4. Plaintiff STANLEY MARTIN (hereinafter, "MARTIN") timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relation (FCHR), a copy of which is attached hereto as Exhibit "A."

5. More than 180 days have passed since the filing of the charge.

1

6. Plaintiff MARTIN has received the Notice Right to Sue from the from the EEOC.

7. This lawsuit has been filed within 90 days of receipt of the Notice of Right to Sue, a copy of which is attached hereto as Exhibit "B."

## PARTIES

8. Plaintiff, MARTIN, is a resident of Nassau County, Florida.

9. Defendant, SWISHER INTERNATIONAL, INC. (hereinafter, "SWISHER"), is a Connecticut profit corporation authorized and doing business in the State of Florida.

## GENERAL ALLEGATIONS

10. Plaintiff MARTIN began his employment with Defendant SWISHER on or around April 25, 1996.

11. At the time of his termination, Plaintiff MARTIN was Manager of Information Technology Infrastructure.

12. Plaintiff MARTIN's job duties as Manager of IT Infrastructure involved overseeing and managing the network for at least seven locations of Defendant SWISHER.

13. Up until 2015, Plaintiff MARTIN's supervisor was Brian Horton, Vice President of Information Technology.

14. Under Brian Horton's supervision, Plaintiff MARTIN regularly received average and above-average performance evaluations.

15. In 2015, Horton was replaced by Eric Tewey.

16. In early 2017, Michael Sprague was hired as Director of Infrastructure, a new position which was created for him, and became Plaintiff MARTIN's supervisor.

17. It is estimated that Sprague is in his twenties or thirties.

18. Both Tewey and Sprague began giving Plaintiff MARTIN poorer performance

reviews than he had received in the past.

19. In 2018, Defendant SWISHER hired Daniel Rhoden as Director of Network Architect.

20. It is estimated that Rhoden is in his twenties or thirties.

21. Sprague and Rhoden moved Plaintiff MARTIN and coworker Steven Crenshaw from their offices into cubicles in the back hallway.

22. On or around June 14, 2018, Sprague called Plaintiff MARTIN into a meeting with HR Representative Patricia Pittman and Head of Security Boyd Bryant, along with coworker Steven Crenshaw, who was 46 years old on this date. After ushering Plaintiff and Crenshaw into the room, Sprague hastily left.

23. HR Rep Pittman advised Plaintiff MARTIN and Crenshaw that they were both being terminated.

24. The reason Pittman gave Plaintiff MARTIN and Crenshaw for their termination was that the "team" was not meeting expectations and projects were not being completed timely.

25. However, Plaintiff MARTIN and Crenshaw were not part of the same "team."

26. Prior to his termination, Plaintiff MARTIN was never disciplined nor did he receive any notice of any performance issues or "coaching" to improve his alleged poor performance.

27. Plaintiff MARTIN was 47 years old at the time of his termination.

28. Upon information and belief, Plaintiff MARTIN was replaced by a 35 year-old male.

## COUNT I
## AGE DISCRIMINATION - FCRA

29. Plaintiff realleges and adopts Paragraphs 1-28 as if set out in full herein.

30. Plaintiff is a member of a protected class under the Florida Civil Rights Act.

3

31. By the conduct describe above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the Florida Civil Rights Act.

32. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d. Compensatory damages for emotional pain and suffering;

    e. Punitive damages;

    f. Costs and attorneys' fees;

    g. For any other relief this Court deems just.

## COUNT II
## AGE DISCRIMINATION - ADEA

33. Plaintiff realleges and adopts Paragraphs 1-28 as if set out in full herein.

34. Plaintiff is a member of a protected class under the Age Discrimination in Employment Act (ADEA).

35. By the conduct describe above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on the basis of his age in violation of the ADEA.

36. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d.    Liquidated damages;

    e.    Costs and attorneys' fees;

    f.    For any other relief this Court deems just.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

DATED this 20th day of May 2019.

                FLORIN ROEBIG, P.A.

                **THOMAS D. ROEBIG, JR., ESQUIRE**
                Florida Bar No.: 0651702
                **PARKER Y. FLORIN, ESQUIRE**
                Florida Bar No.: 0127139
                **TAYLOR D. ROEBIG, ESQUIRE**
                Florida Bar No.: 1002817
                Primary Email:  TDR@FlorinRoebig.com
                Secondary Email:  PFlorin@FlorinRoebig.com
                                Lisa@FlorinRoebig.com
                777 Alderman Road
                Palm Harbor, Florida 34683
                Telephone No.: (727) 786-5000
                Facsimile No.: (727) 772-9833
                Attorneys for Plaintiff